MARIA A. DE GROOT, Appellant, *v.* NICHOLAS R. LOCASCIO, Respondent, et al., Defendants.

Submitted May 15, 1950; decided May 18, 1950.

*Julius Garrell* and *Herman A. Gray* for motion.

*John J. De Luca* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered on the order of the Appellate Division.